IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JENAM TECH, LLC | § | |
| | § | |
| VS. | § | CAUSE NO. 4:19-cv-250 [ALM/KPJ] |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD. and | § | PATENT CASE |
| SAMSUNG ELECTRONICS AMERICA, INC. | § | |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. file this Unopposed Motion to Withdraw as Counsel and respectfully request that Melissa Smith of the Gillam & Smith law firm be permitted to withdraw herein as counsel of record for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. in the above-captioned matter. Jenam Tech, LLC consents to this request and said Defendants are currently represented by other counsel in this matter.  No other changes are requested at this time regarding the other attorneys acting as Defendants' counsel of record.

Plaintiff does not oppose this motion.

September 5, 2019

Respectfully Submitted by:

*/s/ Michael E. Jones*
Michael E. Jones
SBN: 10929400
**POTTER MINTON, PC**
110 North College, Suite 500
Tyler, Texas 75702
Tel: 903-597-8311
Fax: 903-593-0843
mikejones@potterminton.com

Jamie B. Beaber
Baldine B. Paul
Tiffany A. Miller
Saqib J. Siddiqui

**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Facsimile: (202) 263-3300
jbeaber@mayerbrown.com
bpaul@mayerbrown.com
tmiller@mayerbrown.com
ssiddiqui@mayerbrown.com

Robert G. Pluta
Amanda Streff Bonner
**MAYER BROWN LLP**
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
rpluta@mayerbrown.com
asbonner@mayerbrown.com

*Counsel for Defendants*
*Samsung Electronics Co. Ltd. and*
*Samsung Electronics America, Inc*.