# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JENAM TECH, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br>               Defendants. | Civil Action No. 4:19-cv-00250<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFFS' NOTICE OF SERVICE OF MANDATORY DISCLOSURES

Pursuant to the Order Governing Proceedings (Dkt. # 25) and Proposed Scheduling Order (Dkt. #39-1), Plaintiff Jenam Tech, LLC ("Plaintiff" or "Jenam") hereby files this Notice confirming that counsel of record for Defendants was served with Plaintiff's Mandatory Disclosures *via* electronic mail on December 9, 2019 in the above referenced action.

DATED:  December 9, 2019

                                  */s/ Derek Dahlgren*
                                  Timothy Devlin (DE Bar No. 4241)
                                  Derek Dahlgren (admitted *pro hac vice*)
                                  Nadiia S. Loizides (admitted *pro hac vice*)
                                  **Devlin Law Firm LLC**
                                  1526 Gilpin Avenue
                                  Wilmington DE 19806
                                  Telephone:  (302) 449-9010
                                  E-mail: tdevlin@devlinlawfirm.com
                                                  ddahlgren@devlinlawfirm.com
                                                  nloizides@devlinlawfirm.com

                                  *Attorneys for Plaintiff*
                                  *Jenam Tech, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically on all counsel of record through the Court's electronic filing system on December 9, 2019.

*/s/ Derek Dahlgren*
Derek Dahlgren
