**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JENAM TECH, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS USA, INC.<br><br>                Defendants. | **Civil Action No. 4:19-cv-00249**<br><br>**JURY TRIAL DEMANDED** |
| JENAM TECH, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br>                Defendants. | **Civil Action No. 4:19-cv-00250**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Jenam Tech, LLC ("Plaintiff") and Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., LG Electronics, Inc. and LG Electronics USA, Inc. ("Defendants") have resolved Plaintiff's claims for relief against Defendants in the above-captioned actions.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

*(signatures on following page)*

Dated:  June 1, 2020                                         Respectfully submitted,

D<small>EVLIN</small> L<small>AW</small> F<small>IRM</small> LLC                                       KEKER, VAN NEST & PETERS LLP,
                                                             MAYER BROWN LLP, POTTER MINTON


*/s/ Derek Dahlgren*                                         */s/ Matthew M. Werdegar*
Timothy Devlin (DE Bar No. 4241)                             Brian Ferrall (CA Bar No. 160847)
Derek Dahlgren (admitted pro hac vice)                       Robert A. Van Nest (CA Bar No. 84065)
Nadiia S. Loizides (admitted pro hac vice)                   Matthew M. Werdegar (CA Bar No. 200470)
1526 Gilpin Avenue                                           Michelle S. Ybarra (CA Bar No. 260697)
Wilmington DE 19806                                          Ryan K. Wong (CA Bar No. 267189)
Telephone: (302) 449-9010                                    Shayne Henry (CA Bar No. 300188)
E-mail: tdevlin@devlinlawfirm.com                            Rylee K. Olm (CA Bar No. 318550)
ddahlgren@devlinlawfirm.com                                  Kristin E. Hucek (CA Bar No. 321853)
nloizides@devlinlawfirm.com                                  633 Battery Street
                                                             San Francisco, CA 94111
*Attorneys for Plaintiff*                                    Phone: (415) 391-5400
                                                             Fax: (415) 397-7188
                                                             BFerrall@keker.com
                                                             RVanNest@keker.com
                                                             MWerdegar@keker.com
                                                             MYbarra@keker.com
                                                             RWong@keker.com
                                                             SHenry@keker.com
                                                             ROlm@keker.com
                                                             KHucek@keker.com

                                                             Jamie B. Beaber
                                                             Baldine B. Paul
                                                             Tiffany A. Miller
                                                             Saqib J. Siddiqui
                                                             Clark S. Bakewell
                                                             MAYER BROWN LLP
                                                             1999 K Street, NW
                                                             Washington, DC 20006
                                                             Telephone: (202) 263-3000
                                                             Facsimile: (202) 263-3300
                                                             jbeaber@mayerbrown.com
                                                             bpaul@mayerbrown.com
                                                             tmiller@mayerbrown.com
                                                             ssiddiqui@mayerbrown.com
                                                             cbakewell@mayerbrown.com

                                                             Robert G. Pluta
                                                             Amanda Streff Bonner

        MAYER BROWN LLP
        71 S. Wacker Drive
        Chicago, IL 60606
        (312) 782-0600
        rpluta@mayerbrown.com
        asbonner@mayerbrown.com

        Michael E. Jones
        SBN: 10929400
        mikejones@potterminton.com
        Patrick C. Clutter
        SBN : 24036374
        patrickclutter@potterminton.com
        POTTER MINTON
        110 N. College, Suite 500
        Tyler, Texas 75702
        Tel: 903-597-8311
        Fax: 903-593-0846

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 1, 2020 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

        */s/ Derek Dahlgren*
        Derek Dahlgren